Jan 20, 2015

79,088-01

To the Honorable Clerk,

May it please the clerk to accept this Motion to Reinstate as well as my sincere apology for the premature filing of the writ. I realize that you are very busy and that my mistake caused unnecessary delay and extra work. I will do my best to be more thorough.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

Sincerely
Perry Jerden

Perry, Jerden #1781651
3001 S. Emily Dr.
Beeville, TX
78102

MOTION DENIED
DATE: 2-11-15
BY: PC

IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

AT AUSTIN

CORNELIO GARCIA-MATA § §

§ WRIT NO. WR-82,578-01

MOTION TO REINSTATE

This Motion to Reinstate is brought pursuant to Texas Rules of Civil Procedure Rule 165a(3). Petitioner humbly moves this Honorable Court to reinstate the above mentioned titled and numbered writ for the following reason:

My name is Perry Jerden, I am an inmate at the McConnell Unit in Beeville, Tx. I am responsible for the premature filing of the above referenced writ. In my haste I made the mistake of relying on the PDR date of refusal instead of waiting for the mandate to be issued. This is a basic issue and I have no excuse other than haste and oversight. I am not a lawyer or a paralegal and I was assisting Mr. Garcia-Mata because he doesn't speak english nor is he able to read or write english.

Rule 165a(3) gives the court power to reinstate the case upon finding that the failure of the party or his attorney was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained.

PRAYER

Petitioner humbly prays that this Honorable Court will Grant this Motion to reinstate and return the Habeas Writ back to the docket in the interest of justice and to avoid additional documents being presented to address the same issue further adding to the already cumbersome workload.

VERIFICATION TCP&RC Ch.132

I, Perry Jerden #1781651, being presently incarcerated in the McConnell Unit in Bee County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Submitted on this 20th day of January ,2015

Perry Jerden #1781651